HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| MICHAEL WELLS,<br><br>        Plaintiff,<br><br>v.<br><br>BNSF RAILWAY COMPANY, a Delaware corporation;<br><br>        Defendants. | Case No. CV 7-861C<br><br>STIPULATION AND ORDER EXTENDING DISCOVERY, EXPERT DISCLOSURES, AND 39.1 ADR DEADLINES |

## **STIPULATION**

The parties, through their undersigned counsel of record, hereby stipulate as follows:

The expert disclosure deadline is currently set for May 16, 2008, and discovery closes May 30, 2008.  An on-site inspection is scheduled for May 7, 2008, and the final fact witness deposition is scheduled for May 21, 2008.  The parties assert that information and materials developed and furnished through the inspection and final fact witness deposition is needed before their expert witnesses can issue final opinions.

Stipulation and Order
Extending Deadlines - Page 1

**ROSSI, COX, VUCINOVICH,
BREMSETH & FLASKAMP P.C.**
P<small>ROFESSIONAL</small> C<small>ORPORATION</small>
10900 NE 8th St, Suite 1122
Bellevue, Washington 98004-5137
(425) 646-8003

In addition, the preservation for trial depositions of Plaintiff's treating physicians, Drs. Larson and VanderWilde could not be scheduled until June 12th and 19th respectively.

Based on the above, the parties respectfully request that the following deadlines be extended:

- Expert disclosures extended to May 27, 2008
- Close of Discovery extended to June 20, 2008
- Compliance with LR 39.1 extended to June 30, 2008

The parties do not anticipate any adjustment to the trial date or other CR 16 deadlines as a result of these extensions.

Wherefore, the parties request that the court approve the attached order extending the above deadlines.

DATED: May 5, 2008

**ROSSI, COX, VUCINOVICH BREMSETH & FLASKAMP PC**

By: s/ James K. Vucinovich
    James K. Vucinovich, WSBA #29199
    Bahareh Samanian, WSBA #33165
    ATTORNEYS FOR PLAINTIFF

**Montgomery, Scarp & MacDougall, PLLC**

By: s/ Bradley P. Scarp
    Bradley P. Scarp, WSBA 21453
    ATTORNEYS FOR DEFENDANT

Stipulation and Order
Extending Deadlines - Page 2

ROSSI, COX, VUCINOVICH,
BREMSETH & FLASKAMP P.C.
PROFESSIONAL CORPORATION
10900 NE 8th St, Suite 1122
Bellevue, Washington 98004-5137
(425) 646-8003

**ORDER**

Based upon the foregoing Stipulation, IT IS HEREBY ORDERED that the following deadlines are extended, to-wit:

- Expert disclosures extended to May 27, 2008
- Close of Discovery extended to June 20, 2008
- Compliance with LR 39.1 extended to June 30, 2008
- The Court reminds the parties that the dispositive motions deadline has not been altered by the Court.

Dated: May 15, 2008.

BY THE COURT:

*/s/ John C. Coughenour*

Honorable John C. Coughenour
United States District Court Judge

Stipulation and Order
Extending Deadlines - Page 3

**ROSSI, COX, VUCINOVICH,
BREMSETH & FLASKAMP P.C.**
PROFESSIONAL CORPORATION
10900 NE 8th St, Suite 1122
Bellevue, Washington 98004-5137
(425) 646-8003

## CERTIFICATE OF SERVICE

I hereby certify that on May 15, 2008 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

Bradley P. Scarp
brad@montgomeryscarp.com
Montgomery, Scarp & MacDougall, PLLC
1218 Third Avenue, Suite 2700
Seattle, WA 98101

Dated: May 15, 2008

**ROSSI, COX, VUCINOVICH BREMSETH & FLASKAMP PC**

By: s/James K. Vucinovich
James K. Vucinovich, WSBA #29199
10900 NE 8th St., Ste. 1122
Bellevue, WA 98004
Telephone: 425-646-8003
Fax: 425-646-8004
E-mail: jvucinovich@wa.rcvpc.com
ATTORNEYS FOR PLAINTIFF

Stipulation and Order
Extending Deadlines - Page 4

**ROSSI, COX, VUCINOVICH, BREMSETH & FLASKAMP P.C.**
PROFESSIONAL CORPORATION
10900 NE 8th St, Suite 1122
Bellevue, Washington 98004-5137
(425) 646-8003